HERMAN HOUSE, Appellant, *v.* ELIZABETH TAYLOR et al.,
Respondents.

*House* v. *Taylor*, 164 App. Div. 906, affirmed.
(Argued March 23, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered July 10, 1914, affirming a judgment in favor of
defendants entered upon a dismissal of the complaint by
the court on trial at Special Term. The relief sought
was an injunction restraining interference with the flow
of water from a spring upon the land of the defendant
Taylor through a pipe to the lands of the plaintiff and
damages for prior interference with plaintiff while
attempting to repair the water pipe. The defense was
that defendant Taylor owned the land and spring and
that plaintiff had no right to it and that all he or his
predecessors had was a license which had been revoked.

*D. Francis Searle* for appellant.

*Louis E. Walrath* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO, MCLAUGHLIN and CRANE, JJ.